IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | Case No. 8:04CV369 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER FOR DISMISSAL |
| DEANGELO BROTHERS, INC., | ) ) ) | |
| Defendant. | ) | |

THIS ACTION CAME before me upon a Joint Stipulation for Dismissal of Suit filed by both parties to this action pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii).  The Court has been advised of settlement of this matter.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned lawsuit is hereby dismissed with prejudice, both parties to pay their own respective costs.

DATED this 23rd day of September, 2005.

s/ Joseph F. Bataillon
Honorable Joseph F. Bataillon

Prepared and Submitted by:

Anne Marie O'Brien, #18271
William M. Lamson, Jr., #12374
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300
Attorneys for Plaintiff